**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

LAURA PAULETTE HALL-CARNEY				Chapter 13

						Debtor		Bankruptcy No. 18-10958-AMC

**ORDER**

AND NOW, this _____ day of _____, 201_, having considered the debtor's Chapter 13 Plan, and the Objection of Chapter 13 Standing Trustee to Confirmation of Debtor's Plan, and after a hearing thereon, it is hereby

ORDERED that confirmation of debtor's plan is denied.

BY THE COURT

_____
**Ashely M. Chan**
**BANKRUPTCY JUDGE**

cc:
**Debtor's Attorney:**
   GEORGETTE MILLER
   335 EVESHAM AV

   LAWNSIDE, NJ 08045-

**Debtor:**
   LAURA PAULETTE HALL-CARNEY

   1739 WYNSAM STREET

   PHILADELPHIA, PA 19138

**Chapter 13 Standing Trustee**:
   William C. Miller, Esquire
   Chapter 13 Standing Trustee
   P.O., Box 1229
   Philadelphia, PA 19105

**U.S. Trustee**:
   Office of the U.S. Trustee
   Eastern District of Pennsylvania
   833 Chestnut Street, Suite 500
   Philadelphia, PA  19107