*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Laura Paulette Hall–Carney
    Debtor(s)

Case No: 18–10958–amc

Chapter: 13

---

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/25/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

31
Form 152