United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10958-amc
Laura Paulette Hall-Carney                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 2    Date Rcvd: Apr 10, 2019
                  Form ID: 152    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
```
db            +Laura Paulette Hall-Carney,    1739 Wynsam Street,    Philadelphia, PA 19138-1601
14054997      +City of Philadelphia,    Department of Finance,    PO Box 56318,    Philadelphia, PA 19130-6318
14055005       Wells Fargo,    Credit Bureau Dispute Resoluti,    Des Moines, IA 50306
14055006      +Wells Fargo Bank Nv Na,    Po Box 94435,    Albuquerque, NM 87199-4435
14070268       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438
14064910      +Wells Fargo Bank, N.A.,    435 Ford Road, Suite 300,    Saint Louis Park, MN 55426-4938
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:04     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:48
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14054995       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 02:44:39     Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
14054996       E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:04     City of Philadelphia,
               Department of Revenue,    PO Box 1630,    Philadelphia, PA 19105-1630
14170377       E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:04     City of Philadelphia,
               Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14054998      +E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:04     City of Philadelphia,
               Law Department,    15th Floor, One Parkway Building,    1515 Arch Street,
               Philadelphia, PA 19102-1501
14054999      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 11 2019 02:37:43     Comenity Bank/lnbryant,
               Po Box 182789,    Columbus, OH 43218-2789
14084901      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2019 02:37:56     Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14055763      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:44:41
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14069915       E-mail/Text: bnc-quantum@quantum3group.com Apr 11 2019 02:37:45
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14069737      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2019 02:38:01     Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
14055000      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:49     Syncb Home,    C/o Po Box 965036,
               Orlando, FL 32896-0001
14055001      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:37     Syncb/care Credit,
               C/o Po Box 965036,    Orlando, FL 32896-0001
14055002      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:26     Syncb/jcp,    Po Box 965007,
               Orlando, FL 32896-5007
14055003       E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:49     Syncb/walmart,    Po Box 965024,
               El Paso, TX 79998
14055004      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2019 02:37:34
               Verizon,    Po Box 650584,    Dallas, TX 75265-0584
                                                                                               TOTAL: 17
```

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                 Date Rcvd: Apr 10, 2019
                              Form ID: 152                Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor Laura Paulette Hall-Carney info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Laura Paulette Hall−Carney
    Debtor(s)

Case No: 18−10958−amc
Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 6/25/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court