### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Laura Hall-Carney				CHAPTER 13

DEBTOR(S)					BANKRUPTCY NO: 18-10958

### CERTIFICATION OF NO RESPONSE

I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on June 27, 2019, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

I respectfully request that the Court enter the attached Order.

Dated: July 17, 2019				/s/ Georgette Miller
						Georgette Miller
						Law Offices of Georgette Miller Esq., P.C
						335 Evesham Avenue
						Lawnside, NJ 08045
						856-323-1100
						Bar I.D. 86358
						Attorney for Debtor(s)

{00347693;v1}