IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                      :
                                            :     Chapter 13
    LAURA PAULETTE HALL-CARNEY  :
                                            :     No. 18-10958 - ELF
              Debtor.               :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 9-1 filed by the City of Philadelphia on July 24, 2018 in the amount of $244.28.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: December 14, 2020        By:     */s/Pamela Elchert Thurmond*
                                        PAMELA ELCHERT THURMOND
                                        Deputy City Solicitor
                                        PA Attorney I.D. 202054
                                        City of Philadelphia Law Department
                                        1401 JFK Boulevard, 5th Floor
                                        Philadelphia, PA 19102
                                        215-686-0508 (phone)
                                        215-686-0588 (facsimile)
                                        Email: Pamela.Thurmond@phila.gov