UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Laura Paulette Hall-Carney
Bankruptcy No.  18-10958-elf
Adversary No.
Chapter  13

Date:   July 22, 2021

To: DWAYNE M. GRANNUM, Esq.
Law Office of Dwayne M. Grannum, LTD.
101 N. Easton Road
Suite 101
Glenside, PA 19095

## NOTICE OF INACCURATE FILING

Re:  Notice of Appearance and Request for Notice

The above pleading was filed in this office on 7/20/2021 **.** Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| ( ) | Debtor's name does not match case number listed |
| ( ) | Debtor's name and case number are missing |
| ( ) | Wrong PDF document attached |
| ( ) | PDF document  not legible |
| ( ) | Notice of Motion/Objection |
| ( ) | Electronic Signature missing |
| (x) | Other: should this be a withdrawal and entry of appearance |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                                Timothy B. McGrath
                                                Clerk


                                                By: Virginia S. DeBuvitz
                                                Deputy Clerk