IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: Laura Paulette Hall-Carney, | : | |
| Debtor | : | CHAPTER 13 |
|  | : | |
| Quicken Loans, LLC Formerly Known (FKA) as Quicken Loans, Inc., | : | |
| Movant | : | |
| vs. | : | NO. 18-10958 ELF |
| Laura Paulette Hall-Carney, | : | |
| Debtor | : | |
| William C. Miller, Esq., | : | |
| Trustee | : | 11 U.S.C. Section 362 |

**PRAECIPE TO ENTER APPEARANCE**

TO THE PROTHONOTARY:

Please withdraw the appearance of Georgette Miller, Esq. and enter the appearance of Dwayne M. Grannum, Esq. for the Debtor, Laura Paulette Hall-Carney in the above-captioned action.

*Georgette Miller, Esquire*
Georgette Miller, Esquire
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W.
Suite 400
Philadelphia, PA 19106
Tel. 856-323-1100
Fax. 656-494-7801
Email: bky@margolisedelstein.com

*Dwayne M. Grannum, Esquire*
Law Office of Dwayne M. Grannum, LTD.
Dwayne M. Grannum , Esquire
The ALgen Building
101 N. Easton Road
Suite 101
Glenside, PA 19038
Tel. 267-437-2404
Fax. 215-627-6822
Email: dwayne@grannumlaw.com