**]IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: LAURA PAULETTE HALL-CARNEY | : : | CHAPTER 13 |
| DEBTOR | : | CASE NO. 18-**10958** elf |

LAURA PAULETTE HALL-CARNEY

    Movant

\* HEARING TO BE HELD
\* December 14th, 2021
\* 10:00 o'clock in the a.m.
\* Courtroom No. 1
\* United States Bankruptcy Court
\* Robert C. Nix Building
\* **900 Market Street, 2nd Floor**
\* Philadelphia, Pa 19107

---

**NOTICE OF MOTION RESPONSE DEADLINE AND HEARING DATE**

    MOVANT, LAURA PAULETTE HALL-CARNEY, by and through her attorney, Dwayne M. Grannum, Esquire, has filed a Motion to Modify and Extend Chapter 13 Plan post Confirmation pursuant to Stipulated Order dated October 14, 2021, Extending the Plan length.

    **1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    2.  **If you do not want the court to grant relief sought in the motion** or if you want the court to consider your views on the motion, then on or before December 1, 2021  you or your attorney must file with the court a written response to the motion. (See instructions on next page).

    3. A Hearing on the Motion is scheduled to be held on December 14th, 2021 at 10:00 a.m. in Courtroom 1, U.S. Bankruptcy Court, The Robert C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107-4299. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

    4. If you do not file a response to this motion, the court may cancel this hearing and enter an order granting the relief requested in the motion.

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out if the hearing has been cancelled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you by the attorney whose name and address is listed on the next page of this notice.

## FILING INSTRUCTIONS

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at the Clerk of the United States Bankruptcy Court, Robert N.C. Nix Building, Suite 400, 900 Market Street, Philadelphia, PA 19107-4229.

9. **If you mail your response** to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in paragraph 2 on the previous page of this Notice.

10. On the same day you mail or file your Response to the Motion, you must mail or deliver a copy of the response to the movant's attorney:

>Dwayne M. Grannum, Esquire
>101 N. Easton Road, Suite 101
>Glenside, PA 19038
>Tel.: (267) 437-2404
>Fax.: (215) 627-6822
>Email: Dwayne@grannumlaw.com

DATE: Nov. 12, 2021

>*/s/ Dwayne M. Grannum*
>Dwayne M. Grannum, Esquire
>Attorney for Movant
>101 N. Easton Road, Suite 101
>Glenside, PA 19038
>Tel.: (267) 437-2404
>Fax.: (215) 627-6822
>Email: Dwayne@grannumlaw.com