IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                    :
                                         :        Chapter 13
LAURA PAULETTE HALL-CARNEY               :
                                         :        Bankruptcy No. 18-10958 (ELF)
                             Debtor.     :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following document filed by the City of Philadelphia:

Objection to Motion to Modify Plan, filed on November 23, 2021 [Docket No. 59].

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 4, 2022            By:    /s/ Pamela Elchert Thurmond
                                         PAMELA ELCHERT THURMOND
                                         Deputy City Solicitor
                                         PA Attorney I.D. 202054
                                         City of Philadelphia Law Department
                                         Tax & Revenue Unit
                                         1401 JFK Blvd., 5th Floor
                                         Philadelphia, PA  19102-1595
                                         215-686-0508 (phone)
                                         215-686-0588 (facsimile)
                                         Email: Pamela.Thurmond@phila.gov