# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10958-AMC

    LAURA PAULETTE HALL-CARNEY

    1739 WYNSAM STREET

    PHILADELPHIA, PA 19138

        Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LAURA PAULETTE HALL-CARNEY

    1739 WYNSAM STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    DWAYNE M GRANNUM
    101 n EASTON RD
    SUITE 100
    GLENSIDE, PA 19038-

Date: 11/2/2023

                                    /S/ Kenneth E. West
                                    _____
                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee