United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                       Case No. 18-10958-amc
Laura Paulette Hall-Carney                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                     Page 1 of 3
Date Rcvd: Dec 13, 2024                      Form ID: 206                                    Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Paulette Hall-Carney, 1739 Wynsam Street, Philadelphia, PA 19138-1601 |
| 14054997 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14069737 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| NONE | + | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, Law Department Tax Unit, Municipal Services Building, Bankruptcy Group, 1401 John F. Kennedy Blvd. 5th Floor, Philadelphia, PA 19102-1617 |
| cr | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 14 2024 00:15:14 | Wells Fargo Bank, N.A., MAC Q2132-023 PO Box 94423, Albuquerque, NM 87199 |
| 14054995 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2024 00:55:37 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14054996 | | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14170377 | | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14054998 | + | Email/Text: megan.harper@phila.gov | Dec 14 2024 00:02:00 | City of Philadelphia, Law Department, 15th Floor, One Parkway Building, 1515 Arch Street, Philadelphia, PA 19102-1501 |
| 14054999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2024 00:01:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14084901 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2024 00:02:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14055763 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2024 00:15:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14069915 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2024 00:01:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14055000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:34:48 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14055001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:15:16 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14055002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:15:21 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14055003 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 14 2024 00:15:39 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2024 | Form ID: 206 | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14055004 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 14 2024 00:01:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14055005 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 14 2024 00:15:21 | Wells Fargo, Credit Bureau Disputes Resoluti, Des Moines, IA 50306 |
| 14055006 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 14 2024 00:15:11 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14064910 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 14 2024 00:34:45 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-4938 |
| 14070268 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 14 2024 00:15:11 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14747678 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Dec 14 2024 00:15:36 | Wells Fargo N.A., Personal Lending, PO Box 564300, Charlotte NC 28256-4300 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2024           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| DWAYNE M. GRANNUM | on behalf of Debtor Laura Paulette Hall-Carney dwayne@grannumlaw.com  dwayne@grannumlaw.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of City of Philadelphia  Law Department Tax Unit pamela.thurmond@phila.gov |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 13, 2024 | Form ID: 206 | Total Noticed: 23

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Laura Paulette Hall−Carney                     Case No: 18−10958−amc

    Debtor(s)

_____

### NOTICE OF CHAPTER 13 CASE CLOSED
### WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑  Debtor did not file certification of completion of instructional course concerning personal financial management.

☑  Debtor has not certified that all domestic support obligations due have been paid.

☐  Debtor has a prior discharge and is not eligible for a discharge in this case.

Dated: 12/13/24

For The Court

Timothy B. McGrath
Clerk of Court