# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Laura Paulette Hall-Carney,  :  Chapter 13
      Debtor  :
                           :
                           :  Bankruptcy No. 18-10958amc

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Laura Paulette Hall-Carney has filed Motion to Reopen Bankruptcy Case with the court for leave to file proof of financial management counseling and Certification Regarding Domestic Support Obligations and § 522(q).

1. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **February 3, 2025, you or your attorney must file a response to the Motion.** (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on 02/04/2025, at 11:00 A.M. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted in the following format:

    ☐ Telephone via: 1-646-828-7666
    ☐ ZOOM Audio 160 6807 8081 (meeting ID).

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. A copy of the Motion is attached.

## Filing Instructions

1. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-2**, you must file your response electronically.

2. **If you are not required to file electronically,** you must file your response at

    U.S. Bankruptcy Court Clerk's Office
    900Market Street, # 400, Philadelphia, PA 19107

3. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

4. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney: mail a copy to the movant's attorney:

    Dwayne M. Grannum, Esq.
    Law Office of Dwayne M. Grannum, LTD
    101 N. Easton Road, Suite 101
    Glenside, PA 19038
    Tel. 267 437 2494 / Fax. 215 627 6822
    Email:Dwayne@grannumlaw.com

## Parties Served:

| | | |
|---|---|---|
| Wells Fargo Bank, N.A.<br>MAC Q2132-023 PO Box 94423<br>Albuquerque, NM 87199 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107-4233 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130 |
| City of Philadelphia<br>Department of Finance<br>PO Box 56318<br>Philadelphia, PA 19130-6318 | PHILA. Law Dept.<br>MUNICIPAL Svcs. Bldg.<br>1401 JFK BLVD 5TH Fl.<br>Phila. PA 19102-1617 | United States Trustee<br>Office of the U.S. Trustee<br>Robert C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |
| Comenity Bank/lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | PRA Receivables Mgmt., LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quicken Loans Inc.<br>635 Woodward Avenue C/o<br>Detroit, MI 48226-3408 | Syncb Home<br>PO Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/care<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Credit Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/walmart<br>PO Box 965024<br>El Paso, TX 79998 |

Verizon
Po Box 650584
Dallas, TX 75265-0584
Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
Saint Louis Park, MN 55426-4938

Wells Fargo
Credit Bureau Dispute Resoluti
Des Moines, IA 50306
Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438
MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank Nv Na
Po Box 94435
Albuquerque, NM 87199-4435
Wells Fargo N.A.
Personal Lending
PO Box 564300
Charlotte NC 28256-4300

KENNETH E. WEST
Office of the
Chapter 13 Standing Trustee
190 N. Independence Mall West
Philadelphia, PA 19106-1554

Date: December 31, 2024