Certificate Number: 13858-PAE-DE-039187975

Bankruptcy Case Number: 18-10958



13858-PAE-DE-039187975

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 27, 2024, at 12:16 o'clock PM EST, Laura Paulette Hall-Carney completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 27, 2024           By:    /s/Marco Vera

                                    Name:  Marco Vera

                                    Title: Counselor

JAN - 7 2025