UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICY OF PENNSYLVANIA

In Re: Laura Paulette Hall-Carney,
                Debtor

: Chapter 13
:
: Bankruptcy No.:18-10958amc

## ORDER

**AND NOW,** this __6th__ day of February, 2025, after consideration of Debtor's Motion to Reopen Case to File Forms Required for Discharge, (the "Motion to Reopen"), and all papers and arguments submitted in connection with the Motion to Reopen, it is hereby **ORDERED** that:

1. The Motion to Reopen is **GRANTED**;

2. The case is **REOPENED**:

3. Within 30 days of the date hereof, counsel for Debtor shall file the Debtor's Certificate of Debtor Education and Chapter 13 Debtor's Certification Regarding Domestic Support and Section 522(q).

BY THE COURT

_____, J.
Hon. Ashely M. Chan, C.J.