United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                   Case No. 18-10958-amc
Laura Paulette Hall-Carney                                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Paulette Hall-Carney, 1739 Wynsam Street, Philadelphia, PA 19138-1601 |
| 14054997 | + | City of Philadelphia, Department of Finance, PO Box 56318, Philadelphia, PA 19130-6318 |
| 14069737 | + | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2025 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14054995 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 07 2025 00:01:04 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14054996 | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, Department of Revenue, PO Box 1630, Philadelphia, PA 19105-1630 |
| 14170377 | | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14054998 | + | Email/Text: megan.harper@phila.gov | Feb 06 2025 23:54:00 | City of Philadelphia, Law Department, 15th Floor, One Parkway Building, 1515 Arch Street, Philadelphia, PA 19102-1501 |
| 14054999 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2025 23:54:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 14084901 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 06 2025 23:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14055763 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 07 2025 00:00:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14069915 | | Email/Text: bnc-quantum@quantum3group.com | Feb 06 2025 23:54:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14055000 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2025 23:59:41 | Syncb Home, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14055001 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2025 00:01:15 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14055002 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2025 00:01:04 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14055003 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 07 2025 00:00:37 | Syncb/walmart, Po Box 965024, El Paso, TX 79998 |

Case 18-10958-amc    Doc 117    Filed 02/08/25    Entered 02/09/25 00:34:03    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14055004 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 06 2025 23:54:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |
| 14055005 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:13:12 | Wells Fargo, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14055006 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:01:09 | Wells Fargo Bank Nv Na, Po Box 94435, Albuquerque, NM 87199-4435 |
| 14064910 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:01:10 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, Saint Louis Park, MN 55426-1063 |
| 14070268 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:00:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14747678 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 07 2025 00:13:25 | Wells Fargo N.A., Personal Lending, PO Box 564300, Charlotte NC 28256-4300 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2025                  Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name** — **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Quicken Loans  LLC Formerly Known (FKA) as Quicken Loans Inc bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

DWAYNE M. GRANNUM
on behalf of Debtor Laura Paulette Hall-Carney dwayne@grannumlaw.com  dwayne@grannumlaw.com

JACK K. MILLER
on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
on behalf of City of Philadelphia  Law Department Tax Unit pamela.thurmond@phila.gov

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 06, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

United States Trustee
          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 116 − 96

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Laura Paulette Hall−Carney )     Case No. 18−10958−amc
)
)
Debtor(s). )     Chapter: 13
)
)

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 6, 2025     For The Court

    Timothy B. McGrath
    Clerk of Court