United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10958-amc
Laura Paulette Hall-Carney  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Feb 06, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Laura Paulette Hall-Carney, 1739 Wynsam Street, Philadelphia, PA 19138-1601 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2025 at the address(es) listed below:

**Name**      **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Quicken Loans LLC Formerly Known (FKA) as Quicken Loans Inc bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

DWAYNE M. GRANNUM
    on behalf of Debtor Laura Paulette Hall-Carney dwayne@grannumlaw.com dwayne@grannumlaw.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Feb 06, 2025 | Form ID: pdf900 | Total Noticed: 1

KEVIN G. MCDONALD
    on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of City of Philadelphia Law Department Tax Unit pamela.thurmond@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICY OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re: Laura Paulette Hall-Carney,<br>Debtor | :<br>:<br>:<br>:<br>:<br>: | Chapter 13<br><br>Bankruptcy No.:18-10958amc |

ORDER

AND NOW, this __6th__ day of February, 2025, after consideration of Debtor's Motion to Reopen Case to File Forms Required for Discharge, (the "Motion to Reopen"), and all papers and arguments submitted in connection with the Motion to Reopen, it is hereby ORDERED that:

1. The Motion to Reopen is **GRANTED**;

2. The case is **REOPENED**:

3. Within 30 days of the date hereof, counsel for Debtor shall file the Debtor's Certificate of Debtor Education and Chapter 13 Debtor's Certification Regarding Domestic Support and Section 522(q).

BY THE COURT

_____, J.
Hon. Ashely M. Chan, C.J.